**FILED**
6/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint                          AUSA Theodora Anderson (815) 987-4455

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: **26CR50031** |
| v. | **UNDER SEAL** |
| LOYMAN CASCO TERCERO | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Between on or about April 09, 2025 and April 11, 2025, at Crystal Lake, Illinois, in the Northern District of Illinois, Western Division, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2241(c) | Crossing State lines with intent to engage in a sexual act with a person who has not attained the age of 12 years old |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

_____
Thomas Mata
Special Agent, Federal Bureau of Investigation

Sworn to and signed remotely by video-conference.

Date: June 2, 2026

_____
Judge's signature

City and state: Rockford, Illinois

Michael F. Iasparro, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Thomas Mata, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been so employed since June 2021.

2.     As part of my duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I also have participated in multiple cases charging child exploitation and/or child pornography offenses.

3.     This affidavit is submitted in support of a criminal complaint alleging that Loyman Joel Casco TERCERO has violated Title 18, United States Code, Sections 2241(c)(crossing a state line with the intent to engage in a sexual act with a minor under 12 years old) (the **Subject Offense**).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging TERCERO with the **Subject Offense**, I have not included each and every fact known to me concerning this investigation.  I have set

forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, and on information provided to the FBI and obtained during search warrants.

## FACTS SUPPORTING PROBABLE CAUSE

5. As described more fully below, FBI agents have been conducting a child exploitation investigation into Brandon HOPKINS and Henry BRADLEY. At the outset of the investigation, a search warrant was executed on HOPKINS' residence and on several of his electronic devices. During the investigation, HOPKINS provided a statement to law enforcement. During HOPKINS statement, HOPKINS admitted to the production of child pornography with an identified minor female (MV1), less than one year old, in his care. HOPKINS also admitted to conducting in-person meet ups with other pedophiles that he met on encrypted messaging applications for the purpose of sexually abusing MV1. A review of HOPKINS encrypted messages revealed that a user with username, "Rojo Amarillo," later identified as Henry BRADLEY, engaged in multiple encrypted messaging conversations with HOPKINS in which they discuss meeting up at a hotel or motel in Illinois for the purpose of sexually abusing a minor infant in Individual A's care. Based on a review of the encrypted messages, and additional investigative steps described more fully below, law enforcement believes that BRADLEY traveled with another co-conspirator, later identified as Loyman Joel Casco TERCERO, to Illinois for an in-person meeting with

HOPKINS. The purpose of the meeting was for the men to sexually abuse MV1 in Illinois on or about April 11, 2025.

6.      Specifically, on November 11, 2025, law enforcement obtained a federal search warrant to search the residence located at 318 Glenwood Avenue, McHenry, Illinois, for evidence, instrumentalities, and contraband related to child pornography offenses. The target of the investigation was Brandon HOPKINS.

7.      On November 11, 2025, special agents with the FBI and FBI Task Force members, with the assistance of McHenry County Sheriff's Department, executed the federal search warrant. HOPKINS was present at the residence at the time of the search. During a search of HOPKINS' person, FBI agents recovered a Samsung S23 cell phone ("Subject Phone 1").

8.      On November 11, 2025, during an interview with law enforcement, HOPKINS acknowledged ownership of Subject Phone 1 and provided interviewing agents the password to Subject Phone 1, as well as passwords for a secure file folder located on Subject Phone 1 in which HOPKINS admitted that child pornography was saved. HOPKINS stated during the interview that he had recently produced child pornography within the last three days.

9.      Upon review of Subject Phone 1's secure file folder image gallery application, it was discovered that HOPKINS possessed hundreds of images and videos of child sexual abuse material. Additionally, based on a review of the images and videos, I found at least 4 videos and 4 images that depicted the production of child pornography by HOPKINS involving MV1, approximately 6-12 months old.

10. During his interview, HOPKINS informed agents that he had engaged in the production and distribution of child pornography with other individuals whom HOPKINS met online. Specifically, HOPKINS indicated that he used secure messaging applications (including Application A) to communicate with individuals to plan in-person meetups for the purpose of sexually abusing MV1, to whom HOPKINS had direct access. HOPKINS indicated that he had met up with other individuals for the purpose of sexually abusing MV1 on more than one occasion.

11. A review of Subject Phone 1's secure file folder determined that the Application A messaging application was installed on HOPKINS' phone. A review of the Application A revealed that HOPKINS was in a conversation with another Application A user, "Rojo Amarillo," from approximately December 13, 2024, to November 11, 2025.

12. On March 12, 2025, the following conversation between HOPKINS ("BH") and Application A user "Rojo Amarillo" ("RA") was observed within the messaging application:

> RA: So what area of town should I find lodging
> RA: And do you have any requirements for the place,
> BH: I'd say somewhere around Ohare would work best
> BH: No requirements for the place really
> BH: Someplace cheap and convenient for you and I, motel might be best and hope there are no next door neighbors

13. The Application A messaging conversation between HOPKINS and "Rojo Amarillo" continued on March 17, 2025:

> RA: Jesus. I finally have a free day. I have put in 15-16 hour days at work all weekend. Okay. So ohare area. Still thinking about bringing a friend?
> BH: You're the friend lol (heart emoji)

BH: Also, sorry about those long days! That's an insane amount of work.
BH: Not sure if your plan was to fly in or not. If driving, you can really go anywhere from the airport north.

14.     The Application A messaging conversation between HOPKINS and

"Rojo Amarillo" continued on March 19, 2025:

RA: I'm having really bad headaches and stomach upset. Idk if I'm getting sick or if it's just nerves and paranoia.
RA: [In response to "You're the friend lol"] Oh I meant me. Sorry. Might be last minute for that but I understand either way.
BH: Oh I get it. But you know you're good and safe with me. Have never betrayed your trust and we've been chatting for years now so you know it's me. This would be WAYYY too long a game for LEA lol
BH: IF you need something original to prove it's all legit though, lmk what you'd like to see. And it doesn't need to be this Friday. We'd have more time on Saturday or if you waited until next week, either Tuesday, Thursday, Friday, or Saturday
RA: This weekend is better for me. But I meant I was asking if I could bring a friend.
RA: It's ok if you don't want it. I just know he'd love the chance to eat some baby pussy.
RA: This is my long weekend off
RA: My thought is maybe Friday AND/or Saturday.

15.     The Application A messaging conversation between HOPKINS and

"Rojo Amarillo" continued on March 20, 2025:

BH: Yeah that would be totally ok
BH: IF you got someone to tag along, the more the merrier
Just cant be eating her out for hours or anything. Gotta make sure there is no evidence left
BH: Super boned up thinking about three cocks rock hard for a baby laying on the bed in front of us
BH: Well you know the reason. It is a risky thing we are doing, so you'll need to determine if it is worth the risk. I can't help you there, unfortunately. But if you want, we can cam sometime. I'm not going anywhere with her, so you have all the time needed to cam, talk, plan, etc.
BH: Ok well I'll trust you if you say he is good. But if no one is, that'll be the end of things for me [melting face emoji]
BH: And I have to see when I would need to nbe back home tomorrow, might limit what we can do on Friday.

BH: But I should have all day Saturday.

BH: Confirmed, I will have no time on Friday based on when my husband will be back home and when the flight out for my mother in law is

BH: Yeah, we can plan for later in the spring and we can get into a private chat and make plans all together the three of us. But I was hoping to see you Saturday so I could say my baby had her first four way before she was 6 weeks old [Evil smile emoji]

BH: Lol

16.     On April 11, 2025, the Application A messaging conversation between HOPKINS and "Rojo Amarillo" continued:

BH: Forgot my blanket

BH: Can you bring it out?

BH: Coming around the main entrance

RA: Hey. Hope all is well. Thanks for stopping by. We had a good time! Hope she's all clean.

BH: Haha just wiped down with a wipe, but her clothes smell great [evil smile emoji] I keep thinking about it and get a chub. Super jealous you can get your cock in her mouth, my head is too big lol she just kind of half hearted sucks the tip

BH: But it was nice to finally get to meet you after all this time! Hope you stay safe. I totally think that everything went well. Tell your friend sorry we couldn't make it in time for his orgasm lol

BH: Also, today was proof positive I did the wrong thing and married a non-pedo

BH: BC how fun would it be to be doing that every day (for your own child at least up and until a certain age, anyway)

BH: Definitely not going to continue with her past 1 yo or something like that

RA: Yes. Please be as safe as you can. Not everyone is solid.

RA: It also felt SO good to have my penis in her mouth. [dizzy eye emoji]

### *Identification of Henry BRADLEY as user "Rojo Amarillo"*

17.     Between December 8, 2025 and December 22, 2025, law enforcement received IP address information related to Application A user data for username "Rojo Amarillo." Specifically, law enforcement found a unique "public key" associated with "Rojo Amarillo" had used an IP address associated with Comcast Cable Communications ("Comcast"). Agents received records from Comcast for this IP

address, which identified the subscriber as: D.B. with a service address in Cosby, Tennessee and a billing address of P.O. Box 1496, Newport, Tennessee.

18. Law enforcement conducted open-source queries for the above-listed addresses and identified Henry BRADLEY as an individual associated with P.O. Box 1496, Newport, Tennessee. Additionally, based on these queries, it is believed that Henry BRADLEY is the son of D.B. (the Comcast account holder). Henry BRADLEY'S Tennessee driver's license has a listed residence on Caney Creek Road, Cosby, Tennessee. Additional record checks revealed that Henry BRADLEY is the registered owner of a gray 2023 Tesla Model 3 with a Tennessee license plate ending in PL8.

19. Law enforcement conducted additional open-source queries of Henry BRADLEY and located an associated phone number ending in -4243 (Subject Phone 4). Subscriber records from Verizon for Subject Phone 4 revealed that Subject Phone 4 is subscribed to Henry BRADLEY with an associated address of P.O. Box 1496, Newport, Tennessee since September 17, 2022.

20. Law enforcement reviewed toll records provided by Verizon for BRADLEY's phone, which revealed that Subject Phone 4 received a text message from a phone number ending in -7877 at approximately 9:01 UTC on April 11, 2025. This phone number resolves to a Super 8 hotel located in Crystal Lake, Illinois. The Super 8 hotel in Crystal Lake is approximately 11 miles from Hopkins' residence in Illinois. Based on my training and experience, I am aware that hotels often have automated text messages to customers informing the customer of check-in/check-out

confirmations and/or other booking details. Additionally, during HOPKINS' interview, HOPKINS' indicated that one incident in which he met up with other individuals to sexually assault MV1 occurred at a Crystal Lake, Illinois motel that only had interior doors. I believe that the description of the motel provided by HOPKINS during his interview matches the description of the aforementioned Super 8 hotel in Crystal Lake, Illinois.

21. Law enforcement requested and received records from this Super 8 hotel in Crystal Lake, Illinois. These records revealed that Henry BRADLEY booked a room at the Super 8 hotel from April 10, 2025, to April 11, 2025, for two guests, under the name Henry BRADLEY with a listed phone number of Subject Phone 4. These records also listed BRADLEY's residential address as an address on Caney Creek Road, Cosby, Tennessee. Additionally, law enforcement received financial records for Henry BRADLEY's Freedom Flex credit card show that BRADLEY was charged twice by " Super.com * Hotels…" on April 11, 2025 for $82.92 and $292.21.

22. According to law enforcement vehicle detection reports, BRADLEY's gray Tesla with Tennessee license plate ending in PL8 was observed traveling toward the direction of Chicago, Illinois, on April 10, 2025.  Between April 11, 2025 and April 13, 2025, the gray Tesla was observed on license plate readers while parked near a hotel in Skokie, Illinois that is approximately 10 miles away from Chicago O'Hare International Airport. Vehicle detection reports also revealed that on April 14, 2025, BRADLEY's Tesla vehicle was observed traveling southbound through Indiana and then crossing the Indiana-Kentucky border.

23. During HOPKINS' interview with law enforcement, HOPKINS described one of the individuals that he met up with in person to sexually abuse the identified minor female was a white male, between 30-40 years old, from Tennessee. Henry BRADLEY's Tennessee driver's license describes BRADLEY as a white male born in 1989 and residing in Tennessee.

24. On February 19, 2026, Henry BRADLEY was arrested in Tennessee. At the time of his arrest, BRADLEY was found to be in possession of Subject Phone 4 and his registered Tesla with a Tennessee license plate ending in PL8.

### Identification of Loyman Joel Casco TERCERO

25. As discussed above, HOPKINS and BRADLEY, using the Application A messaging application, engaged in detailed conversations planning an in-person meet up for the purpose of sexually assaulting MV1. During this conversation, BRADLEY, using the "Rojo Amarillo" username, asks HOPKINS if he could "bring a friend" to the sexual encounter. In response, HOPKINS tells BRADLEY, "Yeah that would totally be ok . . . IF you got someone to tag along, the more the merrier . . . Just can't be eating her out for hours or anything. Gotta make sure no evidence is left."

26. Based on my training and experience and additional evidence described more fully below, I believe that BRADLEY brought a "friend," Loyman Joel Casco TERCERO, to Illinois for the purpose of sexually abusing MV1. I believe that this sexual abuse encounter occurred on or about April 11, 2025 at a Super 8 hotel in Crystal Lake, Illinois.

27. During this investigation, law enforcement executed a search warrant

on the service provider of Subject Phone 4 that revealed BRADLEY's historical cell-site location data. Additionally, law enforcement received the toll records of Subject Phone 4. Analysis of the location data between April 9, 2025, and April 14, 2025, revealed that BRADLEY had traveled to North Carolina the day prior to traveling to Chicago and traveled to North Carolina before arriving in Tennessee following BRADLEY's trip to Chicago. Analysis of the toll records between April 9, 2025, and April 14, 2025, revealed that BRADLEY received a call on April 13, 2025, from a phone number ending in -1710 (Subject Phone 5). Open-source checks conducted on the phone number revealed TERCERO as the end-user of Subject Phone 5.

28. Additionally, a review of the messages on Application A on March 20th and 21st, 2025, revealed that HOPKINS sent the following messages to "Rojo Amarillo":

> BH: Yeah, we can plan for later in the spring and we can get into a private chat and make plans all together the three of us. But I was hoping to see you Saturday so I could say my baby had her first four way before she was 6 weeks old (devil face emoji)
> BH: Lol
> BH: Lemme check my calendar
> BH: Yeah, that time would work for me too
> BH: Do I need to get back on Signal?
> BH: Or are you gonna bring him over here?
> BH: Ahh gotcha
> BH: Well I'm excited to meet him and plan our little meetup

29. Based on my training and experience and the contents of the conversation, as well as digital evidence discovered on HOPKINS cell phone, I believe that the referenced "private chat" between HOPKINS, BRADLEY, and TERCERO occurred on or about March 22, 2025 "over here" on Application A. Based on a physical

review of HOPKINS' cell phone, specifically, Application A, it was discovered that on March 22, 2025, BRADLEY accepted an invitation to a group "Deleted group." Additionally, on March 22, 2025, an Application A user with username "Dohai Ris" had accepted an invitation to group "Deleted group." I further believe that when HOPKINS stated "is it his name" he was referring to a now deleted message sent by BRADLEY in which either TERCERO's true name or Application A username was revealed. Additionally, I believe HOPKINS' reference to "get back on Signal" reveals that BRADLEY likely informed HOPKINS that BRADLEY and TERCERO communicate on the Signal messaging application, as further described below based on the Snapchat messages discovered on Subject Phone 4.

30. Open-source queries on Loyman Joel Casco TERCERO revealed an associated phone number as Subject Phone 5. According to additional open-source checks, Subject Phone 5 was associated with a Telegram account with the username @dohairis. I believe the similarity between the Application A username "Dohai Ris" and the Telegram username @dohairis suggests that both accounts were used by the same person, TERCERO. I further believe that the timing of the Application A conversation between HOPKINS and BRADLEY, which occurred on March 21, 2025, in which HOPKINS states he will create a group for the three individuals to plan the meetup, and the creation of the new group, which occurred on March 22, 2025, which BRADLEY and TERCERO accepted, suggests the group was used to plan the meet-up and was then subsequently deleted. As described above, I believe that HOPKINS and/or BRADLEY were actively deleting incriminating messages within the

Application A conversations, to include their group conversation with TERCERO.

31.  In addition to the previously described chats referencing the presence of a third person at the meet-up, HOPKINS and "Rojo Amarillo" (BRADLEY) also chatted on April 14, 2025:

> BH: Hey! Hope you made it home safely (praying hands emoji)
> BH: Anytime you wanna do that again, just lmk! (devil face emoji)
> RA: Thanks! It was a long drive, but I'm back. Haha
> BH: (heart emoji)
> BH: Back to work yet too, or no?
> RA: Yes. Work this week. (crying face emoji)
> BH: Awe sorry, hope it goes well! How was the rest of y'all's visit? Have fun in the city? Get up to anything else naughty? (sweating face emoji) also, your friend was super hot and you are as well. It was so nice getting to play with you
> BH: Really hope you were able to enjoy your time

32.  The Application A messaging conversation between HOPKINS and "Rojo Amarillo" (BRADLEY) continued on April 16, 2025:

> RA: We had a good time, although I think my friend doesn't know when to stop with alcohol or marijuana. He got so crossfaded one day. It was so embarrassing to be out in public with him. (slap face emoji) I don't want to risk anything happening, so he probably (definitely) will not be joining me on anymore trips. It was just so embarrassingly shameful. He was just a drooling mess. Got his drool all over my car's seat and center console and on the door. It was just…ugh. I just wanted to get home asap tbh. :/ but the first day there was great. Lol.
> BH: Oh damn that sucks! That's crazy I've never known anyone to get that bad with the stuff
> BH: I know that the two times I did marijuana, I thought I was going to die lol
> BH: The first time I did WAAYYYY too much bc it was taking the edibles so long to take effect so I just kept eating more (upside down smile face emoji)
> BH: The second time I was very intentional and just did one and it was still bad lol. Room spinning and just felt terrible lol. So, no more for me
> That's just unfortunate when people can't control themselves

33.  Based on my training and experience, I believe the previously described conversations between HOPKINS and BRADLEY confirm that a third adult male

individual travelled with BRADLEY to Illinois and was present for an in-person meet up with BRADLEY and HOPKINS on or around April 11, 2025. Additionally, based on the context of the conversation and additional evidence detailed below, I believe that BRADLEY and his other co-conspirator travelled together to Illinois in BRADLEY's Tesla vehicle, stayed together in the Chicagoland area, and participated in tourist activities there.

34. On March 5, 2026, FBI agents in Tennessee executed a federal search warrant on BRADLEY's gray 2023 Tesla vehicle with Tennessee license plate ending in PL8.

35. During the search of BRADLEY's vehicle, agents accessed and photographed the Tesla's onboard informatics system and observed a timeline and associated addresses entered or searched within the vehicle's navigation system during the timeframe of August 2024 through February 2026. The searches were categorized by month and did not show the exact date of each address search. Based on a review of the addresses, BRADLEY appeared to have travelled to a McDonald's restaurant located in Hickory, North Carolina, in April 2025. BRADLEY subsequently searched for electric vehicle charging stations located in Old Fort, North Carolina, Powell, Tennessee, Indianapolis, Indiana, Lebanon, Indiana, and Oak Brook, Illinois. BRADLEY then searched for the known address for the hotel in Crystal Lake, Illinois, where BRADLEY booked a single-night hotel room for two guests from April 10, 2025, to April 11, 2025.

36. Law enforcement conducted further review of the searched locations

within BRADLEY's Tesla vehicle and found that, immediately prior to searching for a vehicle charging station in April in Hickory, North Carolina, BRADLEY searched for a specific address on 15th Avenue SW in Hickory, North Carolina. Open-source queries on this address revealed a single-family residential address associated with Loyman Joel Casco TERCERO.

37.     Based on my training and experience and the evidence in this investigation, I believe that the navigational searches in BRADLEY's vehicle are related to his trip in April 2025 to meet up with HOPKINS along with TERCERO to participate in the sexual assault of MV1. The searches for charging stations leading from North Carolina to the Chicagoland area suggest that BRADLEY first travelled to North Carolina and then drove back through Tennessee and then through Indiana before arriving in Crystal Lake, Illinois for the sexual abuse encounter at the hotel in Crystal Lake, Illinois, where BRADLEY booked the single-night hotel room for two people and met up with HOPKINS and MV1.

38.     Additionally, records received from Chase Bank related to BRADLEY's Freedom Flex credit card show that BRADLEY made a purchase at a McDonald's in Hickory, North Carolina, on April 9, 2025, followed by a purchase at a Bojangles in Corbin, Kentucky on April 10, 2025. Between April 11, 2025, and April 13, 2025, BRADLEY made approximately 16 purchases in the Chicagoland area, most of which were related to restaurants. On April 11, 2025, BRADLEY was charged twice by a hotel for $82.92 and $292.21. On April 14, 2025, BRADLEY had a charge in Indianapolis, Indiana at a Fritanga Nicaraguense restaurant. Additional review of

BRADLEY's Chase financial records indicate that BRADLEY used a Chase Sapphire credit card that appeared to be linked to his Tesla vehicle account for automatic billing for vehicle charging stations. Between April 10, 2025, and April 14, 2025, BRADLEY was charged 13 times for Tesla Superchargers. I am aware that the average travel range for BRADLEY's Tesla model is approximately 300 miles on a single charge.

39.    Open-source queries on Loyman Joel Casco TERCERO revealed an associated phone number of Subject Phone 5 and an email address ending in -casco1@outlook.com. Law enforcement issued subpoenas to X (formerly Twitter) and Doordash requesting information related to any X and Doordash users accounts associated with the email address -casco1@outlook.com.

40.    On March 6, 2026, law enforcement received records from X that indicated that an X account associated with the email -casco1@outlook.com had the handle @ElDirtyLilPeach along with the display name, "Tired Bitch #1." Subject Phone 5 was an associated phone number for this X account.

41.    Records received from Doordash revealed an account under the name "LOyman Casco" with an associated phone number of Subject Phone 5 and a physical address of the specific address on 15th Avenue SW in Hickory, North Carolina with a last order (as of the date of the subpoena) being on February 8, 2026. Additionally, review of the payment details for all orders placed by Loyman Casco revealed a credit card with the last 4 digits of -0665.

42.    Law enforcement obtained records from Wells Fargo regarding the

credit card ending in -0665. The account was under a name with the initials H.E.T, another possible residence of the address on 17th Avenue SW in Hickory, North Carolina, and based on open-source queries. Additionally, a review of financial statements revealed monthly payments to Cricket wireless, a subsidiary of AT&T and the known provider of Subject Phone 5. Further review of the financial statements revealed that between April 9, 2025, and April 14, 2025, purchases were conducted sequentially in Hickory, North Carolina, Newport, Tennessee, Richmond, Kentucky, Columbus, Indiana, Lebanon, Indiana, Schaumburg, Illinois, Crystal Lake, Illinois, Niles, Illinois, Skokie, Illinois, Chicago, Illinois, Columbus, Indiana, and Hickory, North Carolina. The review of TERCERO's purchases revealed a direct overlap between purchases made by BRADLEY on the same dates and the same locations. Both individuals made purchases at the following locations on the same day:

4/11/2025 – DD's Discounts, Nile, IL

4/11/2025 – Tony's Fresh Market, Schaumburg, IL

4/13/2025 – 7-Eleven, Chicago, IL

43. A review of additional transactions revealed that BRADLEY and TERCERO likely also traveled to the Chicago Tea Festival located at the Copernicus Center, Chicago, Illinois, on April 12, 2025, and April 13, 2025. According to financial statements, TERCERO and BRADLEY had the following purchases which appear to be directly related to the Chicago Tea Festival, which according to open-source information was held at the Copernicus Center, Chicago, Illinois, on April 12-13, 2025:

| BRADLEY | TERCERO |
|---|---|
| 4/12/2025 – Sp Cured Leaves Tea | 4/12/2025 – Tst*CopernicusCen |
| 4/13/2025 – SP FELICITY LOFT | 4/12/2025 – Effie's Homema |
| 4/13/2025 – SQ *NATURE'S TEA COMPA | 4/13/2025 – Tst*CopernicusCen |
| 4/13/2025 – SP APOTHECARY TEAS | |
| 4/13/2025 – SQ *JING SI BOOKS & CA | |
| 4/13/2025 – SQ *COMMUNI-TEA | |

44. On February 20, 2026, a federal search warrant was conducted at BRADLEY's residence in Cosby, Tennessee. During the search of the premise, a piece of paper was discovered that was the schedule for the 2025 Chicago Tea Festival which stated the festival was held at the Copernicus Center. Additionally, during the search of BRADLEY's Tesla, the Tesla's onboard informatics system revealed BRADLEY had searched for the Copernicus Center in his vehicle in April 2025.

45. Additionally, law enforcement conducted a search, pursuant to search warrant, on the contents of BRADLEY'S Subject Phone 4, which was found in BRADLEY's possession at the time of his arrest on February 19, 2026. BRADLEY's Subject Phone 4 was recovered in a powered off state and a complete extraction of the data on the phone was not possible. However, a forensic examination of BRADLEY's Subject Phone 4 was able to determine that the Application A messaging application was installed on the phone and law enforcement was able to recover Snapchat

message content as part of the partial extraction.

46. A preliminary review of the Snapchat messages from BRADLEY's Subject Phone 4 revealed that BRADLEY, using a Snapchat username "hank4congress," was in a conversation with username "loymanlikesfeet" and a display name of "Loyman Casco." The conversation between BRADLEY and "Loyman Casco" contained approximately 140 messages between March 25, 2024, and February 19, 2026. During the messages, BRADLEY tells "Loyman Casco" to contact him on "Signal" on multiple occasions. The majority of the conversation between BRADLEY and "Loyman Casco" contained unviewable expired media.

47. On April 1, 2026, agents obtained a search warrant for historical cell site location information for TERCERO's Subject Phone 5 from January 1, 2025, until approximately April 1, 2026. As discussed above, agents previously obtained a search warrant for historical and prospective cell site location information for BRADLEY's Subject Phone 4 from December 1, 2024, until approximately February 19, 2026.

48. Pursuant to those federal search warrants for both Subject Phone 4 and Subject Phone 5, law enforcement was able to obtain historical cell site location data. Upon review of the historical location data for both phones, I observed that between April 9, 2025, and April 14, 2025, TERCERO and BRADLEY traveled at approximately the same speed and direction of travel across multiple states, including to Crystal Lake, Illinois on April 10, 2025, and April 11, 2025, the days the sexual assault is believed to have occurred. Law enforcement personnel were able to plot each instance of cell tower connections for Subject Phone 4 and Subject Phone 5

and graphically plot the points on a map. The map demonstrates that Subject Phone 4 and Subject Phone 5 were co-located during the duration of the four-day period. The trip originated in the approximate vicinity of Hickory, North Carolina, and showed Subject Phone 4 and Subject Phone 5 traveling from Hickory, North Carolina, area to the approximate vicinity of Chicago, Illinois and Crystal Lake, Illinois, before returning, together, to Hickory, North Carolina.

49. Regarding Crystal Lake, Illinois specifically, where the Super 8 motel is located, April 11, 2025, at approximately 10:08 AM CDT to 10:36AM CDT, Subject Phone 4 was connected to a cell tower in the vicinity of Crystal Lake, Illinois. On April 11, 2025, at approximately 10:07 AM CDT to 10:39AM CDT, Subject Phone 5 was connected to cell towers in the vicinity of Crystal Lake, Illinois. A review of the cell towers that Subject Phone 4 and Subject Phone 5 were connected to at the time shows that the towers may cover the vicinity of 577 Crystal Point Drive, Crystal Lake, Illinois. The sexual assault incident is believed to have occurred sometime between April 10, 2025, and the morning of April 11, 2025, prior to 11:00AM CDT, as referenced in chats in between HOPKINS and BRADLEY where HOPKINS speaks as if they were co-located.

50. Based on a review of the historical cell site location data discovered from both Subject Phone 4 and Subject Phone 5, TERCERO and BRADLEY appeared to remain co-located during the entire duration of the trip and their location data remained together up until the time BRADLEY entered the vicinity of Hickory, North Carolina on April 14, 2025, and then his location data showed him traveling alone

back to the vicinity of Cosby, Tennessee.

51.     Additionally, during his interview with law enforcement, HOPKINS described the physical appearance of both of the individuals that participated in the sexual assault at the hotel in Crystal Lake, Illinois. HOPKINS described the first individual as a white male, in his 30s-40s, being from Tennessee, and paying for the motel where the sexual assault occurred, which is consistent with the physical characteristics of Henry BRADLEY. HOPKINS described the second individual as a male, Latino, and being 30-40 years old. According to North Carolina drivers' records, Loyman Joel Casco TERCERO was born in 1994, identifies as Hispanic, and resides at an address on 15th Avenue SW in Hickory, North Carolina.

52.     On June 2, 2026, a federal search warrant was conducted at TERCERO's residence. Following the search warrant, law enforcement officers conducted a mirandized interview of TERCERO. TERCERO's Subject Phone 5 was located in TERCERO's bedroom. During the interview, TERCERO informed agents that in approximately March 2025, TERCERO, HOPKINS, and BRADLEY communicated via Application A and planned a trip for the purpose of sexually assaulting MV1. According to TERCERO, an image of MV1 was distributed in the chat and everyone discussed what specific sexual acts they planned to perform on MV1 during the planned in-person meet up. Additionally, TERCERO informed interviewing agents that in approximately April 2025, BRADLEY traveled to TERCERO's residence to pick him up for a trip to Chicago. BRADLEY and TERCERO traveled to the Chicago area and stopped at a Chicago area hotel. While at the hotel, BRADLEY and

TERCERO met with HOPKINS and MV1. TERCERO admitted that the purpose of the trip with BRADLEY was for the sexual assault of MV1, together with HOPKINS and BRADLEY.

53. TERCERO described that when HOPKINS arrived, everyone turned off their cell phones and placed the phones near the television in the hotel room. TERCERO, BRADLEY, and HOPKINS then undressed their clothing and began sexually assaulting MV1. TERCERO described that after he undressed, he laid on the bed briefly, before moving to a chair located in the room and masturbated while he watched HOPKINS and BRADLEY perform oral sex on MV1. Following the sexual assault of MV1, TERCERO informed agents that MV1 had urinated on the bed where the sexual assault had occurred. TERCERO then placed a wet blanket on the location of the bed where the urine was located in an attempt to hide the evidence.

54. TERCERO also stated that at some point after HOPKINS' arrest, BRADLEY reached out to him in messages and informed TERCERO that HOPKINS had been arrested and that TERCERO should delete all evidence and messages related to their trip to meet with HOPKINS to sexually assault MV1.

## CONCLUSION

55. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that between on or about April 9, 2025 and April 11, 2025, Loyman Casco TERCERO knowingly crossed a state line with the intent to engage in a sexual act as defined in Title 18, United States Code, Section 2246(2), with a person who has

not attained the age of 12 years, namely MV1, a minor who was less than one year old, in violation of Title 18, United States Code, Section 2241(c).

FURTHER AFFIANT SAYETH NOT.

Thomas Mata
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to me by video-conference on June 2, 2026.

Honorable Michael F. Iasparro
United States Magistrate Judge