**FILED**
6/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
### Western District of North Carolina

UNITED STATES OF AMERICA

v.

Loyman Casco Tercero
*Defendant*

)
)
)
)
)
)
)
)
)

Case No: 3:26−mj−00110−DCK *SEALED*

Charging District's Case No: 3:26-cr-50031

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Northern District of Illinois

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise − unless I am indicted − to determine whether there is probable cause to believe that an offense has been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __June 3, 2026__

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

John Parke Davis
_____
*Printed name of defendant's attorney (if any)*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| **V.** | ) ) ) Case No: 3:26–mj–00110–DCK *SEALED* |
| Loyman Casco Tercero | ) ) Charging District's |
| *Defendant* | ) Case No: 3:26-cr-50031 ) ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Illinois, *(if applicable)* Western division. The defendant may need an interpreter for this language: _____.

The defendant:     ☐ will retain an attorney.
                   ☐ is requesting court–appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date: __ June 3, 2026 __

_____
David C. Keesler
United States Magistrate Judge