UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

LOYMAN CASCO TERCERO

No. 26 CR 50031

Magistrate Judge Michael F. Iasparro

### GOVERNMENT'S MOTION TO DISMISS THE COMPLAINT

Now comes the UNITED STATES OF AMERICA by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the complaint in the above-captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ *Theodora Anderson*
THEODORA ANDERSON
Assistant United States Attorney
327 S. Church St., Suite 3300
Rockford, IL  61101
(815) 987-4444