**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | | |
| | | Case No. 3:26-cr-50031-1 |
| *v.* | | Honorable Michael F. Iasparro |
| Loyman Casco Tercero. | | |

**ORDER**

In-person initial appearance held 7/16/2026. Defendant Loyman Casco Tercero appears in custody based on a criminal complaint dated 6/2/2026. See Dkt. 2. CJA Panel Attorney Amir Mohabbat appears for Defendant. For the reasons stated on the record, the Government's unopposed motion to dismiss the complaint [6] is granted. The complaint is dismissed, and this case is terminated.

Entered: July 16, 2026

By: _____
Michael F. Iasparro
U.S. Magistrate Judge

1